# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: § 
 § CASE NO. 5:17-bk-04005-RNO
IVONEE CARTAGENA §
 DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. F/K/A JPMorgan Chase Bank, as successor in interest to Bank One, N.A., as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-21** | **The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JPMorgan Chase, N.A. F/K/A JPMorgan Chase, as successor in interest to Bank One, N.A., as Trustee for CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-21 c/o Wells Fargo Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3610**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx3610**

Court Claim # (if known): 10-1
Amount of Claim: $209,620.79
Date Claim Filed: 11/29/2017

Phone: 800-274-7025
Last Four Digits of Acct.#: 4627

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman   Date: 07/09/2019
 Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 9,2019 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Ivonee Cartagena
2135 Palisades Drive
Blakeslee, PA 18610

**Debtors' Attorney**
Vincent Rubino
Newman Williams Mishkin Corveleyn Et Al
712 Monroe Street, PO Box 511
Stroudsburg, PA  18360-0511

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

                                                Respectfully Submitted,

                                                /s/ Craig A. Edelman
                                                Craig A. Edelman